# INDEX OF EXHIBITS

Exhibit A:   Affidavit of Timothy S. Boykin, dated May 7, 2019

Exhibit B:   Michigan Department Of Licensing And Regulatory Affairs records of Family Dollar Stores of Michigan, Inc., a Michigan corporation's February 16, 2016 conversion to Family Dollar Stores of Michigan, Inc., a Virginia Corporation

Exhibit C:   Michigan Department Of Licensing And Regulatory Affairs records of Family Dollar Stores of Michigan, Inc., a Virginia corporation's February 16, 2016 application for certificate of authority to do business in Michigan

Exhibit D:   Commonwealth Of Virginia, State Corporation Commission, Office Of The Clerk records showing that, on January 23, 2017, Family Dollar Store of Michigan, Inc., a Virginia corporation converted to Family Dollar Stores of Michigan, LLC., a Virginia limited liability company.

Exhibit E:   Michigan Department Of Licensing And Regulatory Affairs records showing that, on February 2, 2017, Family Dollar Store of Michigan, Inc., a Virginia corporation filed with the State of Michigan its application for certificate of withdrawal from transacting business or conducting affairs in Michigan

Exhibit F:   Michigan Department Of Licensing And Regulatory Affairs records showing that, on February 3, 2017, Family Dollar Store of Michigan, a Virginia LLC filed with the State of Michigan its application for certificate of authority to transact business in Michigan

Exhibit G:   March 25, 2019 letter and enclosed exhibits from Thomas Paxton, counsel for Family Dollar Store of Michigan LLC, to counsel for Plaintiff, William G. Tishkoff

Exhibit H:   Family Dollar Stores Of Michigan LLC's Rule 7.1 Corporate Disclosure Statement, filed October 29, 2018, *Equal Employment Opportunity Commission v Family Dollar Stores of Michigan, LLC*, Case No. 4:18-cv-13030.